IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBORAH B.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

    Defendant.

Case No. 6:18-cv-00633-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (ECF No. 14), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, the Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and concludes the report is correct.

    Magistrate Judge Clarke's Report and Recommendation (ECF No. 14) is adopted in full. The Commissioner's decision is REVERSED and REMANDED for further proceedings.

IT IS SO ORDERED.

    DATED this 19th day of November, 2019.

                                                /s/ Michael J. McShane
                                                  Michael McShane
                                            United States District Judge