IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBORAH B.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

    Defendant.

Case No. 6:18-cv-00633-CL

AMENDED ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (ECF No. 14), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, the Court reviews *de novo*. *United States v. Barnhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and concludes the report is correct.

    Magistrate Judge Clarke's Report and Recommendation (ECF No. 14) is adopted in full. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

    DATED this 21st day of November, 2019.

                            _____/s/ Michael J. McShane_____
                                Michael McShane
                             United States District Judge